443 A.2d 394

Commonwealth v. Mills, Appellant.

Petition for Allowance of Appeal Denied June 30, 1982.

Submitted June 23, 1981.

Jonathan Blum, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and DiSALLE, JJ.

Judgment of sentence affirmed.

DiSALLE, J., did not participate in the consideration or decision of this case.

443 A.2d 394

Commonwealth v. Myers, Jr., Appellant.

Petition for Allowance of Appeal Denied Oct. 15, 1982.

Argued September 10, 1981.

Charles R. Rosamilia, Jr., for appellant; Richard Saxton, Special Prosecutor, submitted a brief on behalf of Commonwealth, appellee.

Before SPAETH, POPOVICH and MONTGOMERY, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.